EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Angel M. Rosado Nieves | 2004 TSPR 139<br><br>162 DPR \_\_\_\_ |

Número del Caso: TS-8253


Fecha: 24 de agosto de 2004


Oficina de Inspección de Notarías:

Lcda. Carmen H. Carlos
Directora

Oficina del Procurador General
Lcda. Rosa N. Russe García
Lcda. Minnie H. Rodríguez López
Lcdo. Roberto J. Sánchez Ramos
Lcda. Vanesa Lugo Flores

Abogado del Querellado:

Por Derecho Propio


Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Ángel M. Rosado Nieves                    TS-8253

Sala de Verano integrada por el Juez Asociado señor Rebollo López como su Presidente, el Juez Asociado señor Corrada del Río, el Juez Asociado señor Rivera Pérez y la Juez Asociada señora Fiol Matta.

**RESOLUCIÓN**

San Juan, Puerto Rico, a 24 de agosto de 2004.

Examinada la "Moción Urgente" presentada por el Lcdo. Ángel M. Rosado Nieves el 23 de agosto de 2004, así como la "Moción Informativa y en Cumplimiento de Resolución" presentada por la Oficina de Inspección de Notarías el 1 de julio de 2004, se ordena la reinstalación del referido abogado al ejercicio de la notaría.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

María I. Colón Falcón
Subsecretaria del Tribunal Supremo